UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
[ELECTRONICALLY FILED]

| | |
|---|---|
| CAROLINE DESPAIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:19-cv-158-CRS |
| ) | |
| SAM'S EAST, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, Sam's East, Inc. ("Defendant" and/or "Sam's Club"), by counsel, for its Notice of Removal from the Hardin Circuit Court to this Court pursuant to 28 U.S.C. § 1332, 1441, and 1446, respectfully states as follow:

1. On November 30, 2018, Plaintiff commenced a civil action which is now pending in the Hardin Circuit Court, Division III, Case No. 18-CI-1905, in which Sam's East, Inc. is the sole named defendant. Defendant was served with Plaintiff's Complaint on December 4, 2018, and filed an Answer on December 11, 2018.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000.00, though Defendant denies liability to Plaintiff for damages in any amount.

3. Upon information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest in costs.

4. Plaintiff is a citizen of Kentucky.

5. Pursuant to 28 U.S.C. § 1332(c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business. Defendant, Sam's East Inc., is wholly owned by Wal-Mart Stores, Inc., and Wal-Mart Stores, Inc. is a citizen of Delaware, its state of incorporation, and Arkansas, the location of its principal place of business.

6. This action arises from an incident that allegedly occurred on December 16, 2017 at the Sam's Club in Elizabethtown, Hardin County, Kentucky. The Complaint alleges that Plaintiff tripped in a pothole located in the store's parking lot. The Complaint further alleges that Plaintiff was injured due to the actions and/or inactions of Defendant.

7. Pursuant to 28 U.S.C. § 1446(b), removal must be filed within thirty days after receipt of the initial pleading setting forth the claim for relief. If, however, the case is not initially removable, a notice of removal may be filed within thirty days after defendant receives a copy of a pleading, motion, order or other paper from which "it may first be ascertained that the case is one which is or has become removable" but no more than one year after commencement of the action. Id. While the initial pleading was silent with respect to the amount in controversy, Plaintiff claimed damages exceeding $530,000[1] in her responses to Defendant's First Set of Interrogatories and Requests for Production of Documents. Defendant received such responses from Plaintiff on March 1, 2019.

8. The Notice tendered herewith is being filed on March 5, 2019, within thirty (30) days of the receipt of Plaintiff's responses to Sam's Club's First Set of Interrogatories and Requests for Production of Documents and within one year since commencement of this action; thus making removal timely.

---

[1] See Plaintiff's answer to Interrogatory No. 16, itemizing total damages of $531,136.62, with additional damages to be supplemented, attached as Exhibit A.

8. A copy of all process, pleadings and orders served as of the date of the filing of this Notice of Removal are attached hereto as <u>Exhibit B</u>.

9. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

10. True and correct copies of the pleadings enumerated were filed with the Clerk of the Hardin Circuit Court today.

**WHEREFORE,** Defendant, Sam's East, Inc. requests the removal of this action from the Hardin Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

*/s/ Katelyn C. Becker*
Jennifer Kincaid Adams
Katelyn Conroy Becker
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
Telephone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
kbecker@bdblawky.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 5th day of March, 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Hon. Danny E. Darnall
911 North Mulberry Street
Elizabethtown, KY 42701
*Counsel for Plaintiff*

*/s/ Katelyn C. Becker*
*Counsel for Defendant*