# EXHIBIT B

NO. *18-C1-1905*

FILED

HARDIN CIRCUIT COURT

2018 NOV 30 A 11: 45

DIVISION _III_

LORETTA CRADY, CLERK
HARDIN CO. CIR/DIST CT

PLAINTIFF

BY_____D.C.

**CAROLINE DESPAIN**

297 Eagle Point Road

Campbellsville, KY 42718

VS.

**COMPLAINT**

**SAM'S CLUB, INC.**

DEFENDANT

Serve: CT Corporation, System, Registered Agent

306 West Main Street

Suite 512

Frankfort, KY 40601

• * * * * *

Comes the Plaintiff, **CAROLINE DESPAIN**, and for her cause of action herein, states as follows:

1. Plaintiff is an individual residing at the address noted in the caption;

2. Defendant is an active corporation with principal offices located in Bentonville, Arkansas and registered to conduct business in the Commonwealth of Kentucky at the time of events noted in this complaint;

3. At all times material to this complaint, the Defendant owned and operated a retail store on premises located in Elizabethtown, Hardin County, Kentucky and owed a duty to business invitees and other members of the public, including Plaintiff, to inspect and maintain said premises in a manner making it reasonably safe for members of the public, including Plaintiff, who were invited to come onto the premises for lawful purposes;

4. On December 16, 2017, Plaintiff was a business invitee on said premises owned and /or maintained by Defendant when she tripped in a pothole located near the handicapped section of their parking lot, resulting in grievous bodily injuries;

5. The injuries sustained by Plaintiff were caused by independent acts of negligence committed by the Defendant including, but not limited to, creating and/or maintaining an unreasonably unsafe and hazardous condition in their parking lot, failing to inspect for defects in said premises, and/or failing to warn of said unreasonably unsafe and hazardous condition;

6. That as a direct and proximate result of the negligence, carelessness, and/or recklessness of the Defendant, Sam's Club, Inc., the Plaintiff, Caroline Despain, has sustained severe and permanent injuries to her body; severe mental anguish and emotional distress; has and will in the future sustain medical expenses; has and will in the future suffer physical and mental pain and suffering, has and will in the future suffer inconvenience, worry, and other consequential damages; has sustained damage to her enjoyment of life; and has lost and will in the future lose income and wages, and her power to labor and earn wages has been permanently impaired, all of which injuries are permanent and lasting, all to her damage in excess of the minimal jurisdictional limits of this Court.

WHEREFORE, the Plaintiff, Caroline Despain, demands as follows:

1. Judgement against the Defendant, Sam's Club, Inc., for compensatory and consequential damages in an amount in excess of the minimal jurisdictional limits of this Court;

2. Her reasonable attorney's fees and court costs herein expended;

3. Trial by jury on all issues so triable;

4.  Any and all further relief to which she may appear to be entitled;

CAROLINE DESPAIN

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CIVIL ACTION NO.: 18-CI-1905
*Electronically Filed*

CAROLINE DESPAIN                                                    PLAINTIFF

v.

SAM'S CLUB, INC.                                                    DEFENDANT

## ANSWER OF DEFENDANT

Defendant, Sam's Club, Inc. (incorrectly named and served and hereinafter referred to as "SAM's"), by and through counsel, for its Answer to the Plaintiff's Complaint, hereby states as follows:

## FIRST DEFENSE

Subject to what discovery may reveal, the Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

## SECOND DEFENSE

Subject to what discovery may reveal, SAM's states that at the time and on the occasion described in the Complaint, the Plaintiff was guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiff, the incident would not have occurred and damages, if any, would not have been sustained. SAM's relies upon the negligence and fault of the Plaintiff as a partial and/or complete bar to any recovery

Filed          18-CI-01905    12/11/2018          Loretta Crady, Hardin Circuit Clerk

herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

### THIRD DEFENSE

SAM's states that the incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than SAM's and that but for this superseding and intervening cause, the incident and any alleged damages, if any, would not have been sustained.  SAM's relies upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

### FOURTH DEFENSE

SAM's states that the Plaintiff may have failed to mitigate damages, if any, and relies upon this failure as a partial and/or complete bar to recovery herein.

### FIFTH DEFENSE

SAM's pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiff's claim may be barred by the statute of limitations and lack of jurisdiction and venue.

### SIXTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and said pre-existing condition is either the proximate cause of the Plaintiff's injuries and damages or contributing cause of said injuries and damages; and but for said pre-existing condition, Plaintiff's injuries and damages would not and could not have occurred, or in the alternative, would not and could

Filed          18-CI-01905    12/11/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    12/11/2018          Loretta Crady, Hardin Circuit Clerk

not have been as extensive as alleged in the Plaintiff's Cause of Action against SAM's herein. SAM's hereby relies upon said negligence and/or fault of the Plaintiff as a complete bar to any recovery by the Plaintiff on the Complaint herein.

## SEVENTH DEFENSE

The Complaint demands relief, including attorney's fees, that is not recoverable under Kentucky law and SAM's raises this as an affirmative defense.

## EIGHTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred. Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights. Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

## NINTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any occurred, were caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or third persons or entities other than SAM's for which SAM's has no liability, responsibility, direction or control and Plaintiff's claims are, therefore, barred or reduced in proportion to the fault attributable to persons or entities other than SAM's.

## TENTH DEFENSE

SAM's reserves the right to supplement this Answer and plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

3

Filed          18-CI-01905    12/11/2018          Loretta Crady, Hardin Circuit Clerk

Filed            18-CI-01905    12/11/2018         Loretta Crady, Hardin Circuit Clerk

## ELEVENTH DEFENSE

In response to numerical paragraphs, SAM's states:

1.  SAM's is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraph 1 of Plaintiff's Complaint and, therefore, denies same.

2.  SAM's denies the allegations contained in numerical paragraph 2 of Plaintiff's Complaint but admits that the correct entity, Sam's East, Inc., is registered to conduct business in the Commonwealth of Kentucky and has its principal office in Bentonville, Arkansas.

3.  SAM's denies the allegations contained in paragraphs 3, 4, 5, and 6 of Plaintiff's Complaint.

WHEREFORE, Defendant, SAM's, demands as follows:

1.  Plaintiff's Complaint be dismissed with prejudice;

2.  Fault be apportioned pursuant to KRS 411.182;

3.  For its costs herein expended;

4.  Trial by jury on all issues so triable; and

5.  For any and all other relief to which it may be entitled.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendant*

4

Filed            18-CI-01905    12/11/2018         Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    12/11/2018          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 12th day of December, 2018. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Caroline Despain, *Pro Se*
297 Eagle Point Road
Campbellsville, Kentucky 42718


/s/ *Jennifer Kincaid Adams*
*Counsel for Defendant*

5

Filed          18-CI-01905   12/11/2018        Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CIVIL ACTION NO.: 18-CI-1905
*Electronically Filed*

CAROLINE DESPAIN                                          PLAINTIFF

v.

SAM'S CLUB, INC.                                         DEFENDANT

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, Sam's Club, Inc.:

Jennifer Kincaid Adams
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
502-584-1600
502-584-9971 fax
jadams@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendant*

Filed          18-CI-01905     12/11/2018          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 12th day of December, 2018. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Caroline Despain, *Pro Se*
297 Eagle Point Road
Campbellsville, Kentucky 42718


/s/ *Jennifer Kincaid Adams*
*Counsel for Defendant*

2

Filed          18-CI-01905     12/11/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    12/11/2018        Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CIVIL ACTION NO.: 18-CI-1905
*Electronically Filed*

CAROLINE DESPAIN                                      PLAINTIFF

v.

SAM'S CLUB, INC.                                      DEFENDANT

## NOTICE OF SERVICE

Defendant, Sam's Club, Inc., incorrectly named and served, by and through counsel, hereby gives Notice of Service of Defendant's First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiff by U.S. mail on December 12, 2018.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendant*

Filed          18-CI-01905    12/11/2018        Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    12/11/2018          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 12th day of December, 2018. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Caroline Despain, *Pro Se*
297 Eagle Point Road
Campbellsville, Kentucky 42718


/s/ *Jennifer Kincaid Adams*
*Counsel for Defendant*

2

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CIVIL ACTION NO.: 18-CI-1905
*Electronically Filed*

CAROLINE DESPAIN                                                    PLAINTIFF

v.

SAM'S CLUB, INC.                                                    DEFENDANT

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, Sam's Club, Inc.:

Katelyn C. Becker
Blackburn Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
502-584-1600
502-584-9971 fax
kbecker@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Katelyn C. Becker*
Jennifer Kincaid Adams
Katelyn Conroy Becker
BLACKBURN DOMENE & BURCHETT, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
kbecker@bdblawky.com
*Counsel for Defendant*

5AC58C1F-AB3F-477C-BC3F-508F9BA01A79 : 000001 of 000002

EA : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 30th day of January, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Caroline Despain, *Pro Se*
297 Eagle Point Road
Campbellsville, Kentucky 42718


                              /s/ Katelyn C. Becker_____
                              *Counsel for Defendant*

5AC58C1F-A83F-477C-BC3F-508F9BA01A79 : 000002 of 000002

EA : 000002 of 000002

2

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT, DIVISION III
CIVIL ACTION NO. 18-CI-1905

CAROLINE DESPAIN                                                    PLAINTIFF

VS.                          **ENTRY OF APPEARANCE**

SAM'S CLUB EAST, INC.                                              DEFENDANT

* * * * * *

    Comes DANNY E. DARNALL, Attorney at Law, and enters his appearance as

counsel for the Plaintiff, Carolyn Despain.


DANNY E. DARNALL
911 North Mulberry Street
Elizabethtown, KY 42701
Phone:  270-769-9179
Fax:      270-769-6473
Email:  ded@darnalllaw.com
Counsel for Plaintiff


CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Entry of Appearance was mailed
this 31 day of January, 2019, to:

Hon. Jennifer Kincaid Adams
BLACKBURN DOMENE & BURCHETT
614 W. Main Street, #3000
Louisville, KY  40202
Counsel for Defendant


DANNY E. DARNALL

1

BA12E26C-D5F9-4EA5-8252-B27CE20642D3 : 000001 of 000001

EA : 000001 of 000001

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CIVIL ACTION NO.: 18-CI-1905
*Electronically Filed*

CAROLINE DESPAIN                                                      PLAINTIFF

v.

SAM'S CLUB, INC.                                                      DEFENDANT

### <u>AGREED ORDER OF SUBSTITUTION</u>

The parties have reached an agreement concerning the claims of the Plaintiff against

Defendant, Sam's Club, Inc., and the Court having fully considered same;

IT IS HEREBY ORDERED AND ADJUDGED that Sam's East, Inc. shall be substituted

for Defendant, Sam's Club, Inc. as the Defendant in this matter. All claims made against Sam's

Club, Inc. in the Plaintiff's Complaint shall be deemed to have been made against Sam's East, Inc.

and all defenses contained in the Answer to the Complaint on behalf of Sam's Club, Inc. shall be

deemed to have been made by Sam's East, Inc. All of Plaintiff's claims against Sam's Club, Inc.

are hereby dismissed without prejudice.

Plaintiff's claims against Sam's East, Inc. remain.

Entered this the _____ day of _____, 2019.

_____
JUDGE

HAVE SEEN AND AGREED TO:


/s/ Katelyn Conroy Becker
Katelyn Conroy Becker
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
kbecker@bdblawky.com
*Counsel for Defendant*


/s/ Danny E. Darnall   (w/permission)
Danny E. Darnall
911 North Mulberry Street
Elizabethtown, KY 42701

86F7DA6B-EBB5-4529-B1E2-2B6637D32B9E : 000002 of 000002

2

TD : 000002 of 000002

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION III
CIVIL ACTION NO.: 18-CI-1905
*Electronically Filed*

CAROLINE DESPAIN                                                          PLAINTIFF

v.

SAM'S CLUB, INC.                                                          DEFENDANT

## AGREED ORDER OF SUBSTITUTION

The parties have reached an agreement concerning the claims of the Plaintiff against

Defendant, Sam's Club, Inc., and the Court having fully considered same;

IT IS HEREBY ORDERED AND ADJUDGED that Sam's East, Inc. shall be substituted

for Defendant, Sam's Club, Inc. as the Defendant in this matter.  All claims made against Sam's

Club, Inc. in the Plaintiff's Complaint shall be deemed to have been made against Sam's East, Inc.

and all defenses contained in the Answer to the Complaint on behalf of Sam's Club, Inc. shall be

deemed to have been made by Sam's East, Inc.  All of Plaintiff's claims against Sam's Club, Inc.

are hereby dismissed without prejudice.

Plaintiff's claims against Sam's East, Inc. remain.

Entered this the ___ day of _____, 2019.

_____
JUDGE

HAVE SEEN AND AGREED TO:

*/s/ Katelyn Conroy Becker*
Katelyn Conroy Becker
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
kbecker@bdblawky.com
*Counsel for Defendant*

*/s/ Danny E. Darnall   (w/permission)*
Danny E. Darnall
911 North Mulberry Street
Elizabethtown, KY 42701

Filed                    18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT, DIVISION III
CIVIL ACTION NO. 18-CI-1905

CAROLINE DESPAIN                                              PLAINTIFF

VS.    **PLAINTIFF'S RESPONSES TO DEFENDANT'S**
**FIRST SET OF INTERROGATORIES AND REQUESTS**
**FOR PRODUCTION OF DOCUMENTS**

SAM'S CLUB EAST, INC.                                         DEFENDANT

\* \* \* \* \* \*

Comes the Plaintiff, CAROLINE DESPAIN, by counsel, and for her responses to

Defendant's First Set of Interrogatories and Requests for Production of Documents states

as follows:

**INTERROGATORIES**

1.   Please state the name and address of the person answering these Interrogatories

and if this person is the Plaintiff, provide your full name as it appears on your

birth certificate, marital status, names you have used besides that which appears

on your certificate, and places and dates of residence for the past ten (10) years.

ANSWER:    Caroline Despain, 297 Eagle Point Road, Campbellsville,

Kentucky 42718; Full name on birth certificate: Caroline Antoinette Cruse;

Marital status:   Married; Names besides what appears on birth certificate:

Caroline A. Cruse, Caroline A. England, Caroline A. Cruse Despain, Caroline

Cruse Despain, and Caroline Despain.   Places and dates of residence for past

1

Filed                    18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed.           18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

10 years: 414 Stone House Road, Hodgenville, Kentucky 42748 from birth to 2008, 1814 Mt. Sherman Ward Road, Magnolia, Kentucky 42757 from 2008 to 2014, 136 College Street, Hodgenville, Kentucky 42748 2014 to 2017, 1360 White City Road, Hodgenville, Kentucky 42748 2017 to 2018, 297 Eagle Point Road, Campbellsville, Kentucky 42718 2018 to present.

2.  Please detail your employment history for the past ten (10) years, up to the date that these interrogatories are answered, by stating separately for each employer its name, address, your job position, your rate of pay, and your dates of employment.

ANSWER:   Stay at home mother 2009; nail technician, Nail Art, Hodgenville, Kentucky 2016 to 2017, per client pay rate.

3.  Please state what formal education, vocational training, specialized courses or other education or training you have had, including training you might have received in the armed services or from any employer, and also identify by name and address all schools or other educational institutions you have attended, identifying the grade level or degree achieved or the type of training received.

ANSWER:   Larue County High School, Hodgenville, Kentucky, graduated 2000; Hair Design School, Radcliff, Kentucky, nail technician program 2000 to 2002; Empire Beauty School, Elizabethtown, Kentucky, cosmetology program 2015 to 2016; Devry University online, medical billing and coding 2018 to

2

Filed        18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk

present.

4. Please describe how you contend the incident occurred, including the date of the incident and all the events, in detail, in the order in which they occurred, before, at the time of, and after the incident, which had any bearing on the cause and manner of the happening of the incident.

ANSWER:   On December 16, 2017 I had traveled to the Sam's Club in Elizabethtown, Kentucky, with my mother-in-law in her vehicle.   After exiting the store, we both walked to her vehicle which was parked in one of the handicapped spaces in front of the store.   While placing items in the vehicle the heel of my right boot went into a deep depression/dip in the pavement causing me to lose my balance and twist my right ankle.

5. Please state the names, addresses, telephone numbers, and places of employment of all lay or fact witnesses knowledgeable about the claims being made in this lawsuit who are known to you, your agents, or attorneys to be witnesses to the alleged incident.   For each person identified state:

(a) The person's relationship to you;

(b) Summary of the substance of the witness' expected knowledge of the events;

(c) Location of witness at the time of the incident;

(d) Whether you, your agents or your attorneys have taken the witness' statement.

3

Filed        18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

ANSWER:

1. Penny Jenkins, Salem Church Road, Hodgenville, Kentucky, mother-in-law;

2. Sam's Club employee(s) at Customer Service department.

3. No witness statements have been taken by me or my attorney.

6. State the names, addresses, and telephone numbers of all persons who may be called on your behalf as a witness at the trial of this action and the subject matter on which the witness is expected to testify.

ANSWER:

1. Caroline Despain, 297 Eagle Point Road, Campbellsville, Kentucky 42718;

2. Penny Jenkins, Salem Church Road, Hodgenville, Kentucky.

3. Sam's Club employer/employees who took the information or report of the injury and had Plaintiff complete an incident report.

4. All medical providers who are identified in responses to these Interrogatories and identified in responses to Requests for Production of Documents.

7. With regard to any expert who may be called as a witness at the trial on your behalf, state his or her name, address, telephone number, expert qualifications and, state all information required by CR 26.

ANSWER:   Plaintiff has not yet retained an expert or experts. This interrogatory will be supplemented and expert disclosure will be made pursuant to the Court's pretrial orders.

4

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905      03/01/2019          Loretta Crady, Hardin Circuit Clerk

8.   Describe in detail the nature of the injuries, which you claim you sustained as

a result of the incident in question, including:

a.   The nature, extent and duration of any disability;

b.   The location, intensity and duration of any pain; and

c.   Any restriction of your normal activities and the nature and duration of such

restriction.

ANSWER:   Sprain of right ankle ligament(s) with instability. The condition

continued from the date of injury to date of surgery March 26, 2018 at which time I had

right lateral ankle reconstruction performed.   The location, intensity, and duration of the

pain was located in my right ankle and I continue to suffer pain in my right ankle at present

date.   Because of my right ankle injury, I am unable to sit or stand for long periods of time

and my ankle still swells today.

9.   Identify by name and address each health care professional, hospital and health

care facility, including mental health professionals you have consulted and   or

treated for all injuries or conditions, which you allegedly suffered resulting from

this incident.

ANSWER:

1.   Hardin Memorial Hospital, 913 North Dixie Avenue, Elizabethtown, Kentucky

42701.

2.  Dr. Michael Krueger, orthopaedic surgeon, 2407 Ring Road, Suite 114,

5

Filed          18-CI-01905      03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed 18-CI-01905 03/01/2019 Loretta Crady, Hardin Circuit Clerk

Elizabethtown, Kentucky 42701.

3. Hardin Memorial Hospital Rehab, 913 North Dixie Avenue, Elizabethtown, Kentucky 42701.

10. Please itemize the medical expenses which you have incurred and which you allege are attributable to the subject incident.

ANSWER: This Interrogatory will be supplemented as additional medical bills are received.

11. Please list the names and addresses of all of your treating physicians, including, but not limited to, family doctors, chiropractors, and osteopaths, prior to the incident in question and provide a brief explanation of the type of treatment or the physical or mental condition, which necessitated the treatment.

ANSWER:

1. Dr. Faiz Uddin, 289 Ireland Avenue, Fort Knox, Kentucky 40121; primary care physician.

2. Dr. Michael Krueger, Hardin Orthopaedics & Sports Medicine, 2407 Ring Road, Suite 114, Elizabethtown, KY 42701; 2015 reconstruction surgery of right knee torn ACL.

3. Physical Therapy Associates, 632 South Lincoln Boulevard, Hodgenville, Kentucky 42748; physical therapy following right knee ACL reconstruction.

4. Women First Health Services, Dr. Elizabeth D. Sebree, 2409 Ring Road, Suite

6

Filed        18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk

101, Elizabethtown, Kentucky 42701; seen in 2006 for pregnancy and first child delivery.

5. Elizabethton Physicians – Women, 1115 Woodland Drive, Elizabethtown, Kentucky 42701; seen in 2011 for pregnancy and emergency cesarean section regarding second child.

6. Dr. Dennis G. Shoff, 1310 Woodland Drive, Elizabethtown, Kentucky 42701; seen in 2007 for Loop Electrosurgical Excision Procedure.

12. With respect to each injury and condition which you are claiming to have sustained as a result of the incident, please state whether you have ever, before the date of the incident involved herein, suffered from a similar injury or affliction, (or injury to same body part) whether or not the prior injury or affliction resulted n medical treatment or hospitalization, and if so, please provide the details as to the nature of the previous injury or affliction, dates thereof and whether or not medical treatment or hospitalization was required.

ANSWER: No.

13. State whether you have suffered any injuries since the date of the subject incident.   If so, please state the date and circumstances surrounding each injury, and any medical treatment sought as a result of said injury.

ANSWER: No.

14. Has any health care professional informed you that you may need surgery as a

7

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

result of the alleged injuries you sustained in the subject incident?   If so, please

provide the name, title and address of the individual who has indicated that you

may need surgery.

ANSWER: Yes, Dr. Michael Krueger who performed right collateral ankle ligament

complex reconstruction March 26, 2018.

15.  Please indicate whether you suffer any ongoing physical or mental impairment

resulting from the injury, the nature of the impairment, and whether you are

receiving medical treatment or expect to receive medical treatment for such

impairment in the future.

ANSWER: I have limitations regarding my physical activities as a result of my right

ankle injury and surgery.   I am unable to sit or stand for long periods of time.   I

continue to have right ankle pain and swelling which affects my ability to walk and

weather temperatures affect/exacerbate ankle pain and swelling.   Mentally, I have

a fear of wearing shoes other than house shoes, sneakers, or flats due to fear of

falling.

16.  Pursuant to CR 8.01 please set forth the amount of damages you seek for:

a.  Past pain and suffering;

b.  Future pain and suffering;

c.  Past medical expenses;

d.  Future medical expenses;

8

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

    e. Lost wages;

    f. Permanent impairment of your power to labor and earn money;

    g. Any other element of damages sought in this action

ANSWER:

    a. $250,000.00;

    b. $250,000.00;

    c. $ 31,136.62 (to be supplemented)

    d. To be supplemented;

    e. To be supplemented;

    f. To be supplemented;

    g. To be supplemented;

17. Pursuant to CR 26, will you supplement your responses to these interrogatories and the request for production of documents which follow to include information and documents acquired by you after the filing of your answers to these interrogatories and responses to request for production of documents?

ANSWER:   Supplementation will be made in accordance with the Civil Rules of Procedure and any Court pretrial orders.

18. If you have ever been a party to any lawsuit in your life, please state the name of each case, your involvement in the case, where the case was field, the outcome of the case, and the approximate date the case was filed.   As part of your answer

9

Filed          18-CI-01905    03/01/2019           Loretta Crady, Hardin Circuit Clerk

to this interrogatory, please specify whether you have ever made a claim in the course of any lawsuit for any personal injury.

ANSWER: I was divorced in Larue County, Kentucky in 2012.

19.  If you have ever filed for bankruptcy, please state the name of each case, where the case was filed, and the approximate date the case was filed.

ANSWER: No.

20.  Have you ever been convicted of or pled guilty, or pled no contest to a felony charge and, if so, where, when, and of what charge or charges?

ANSWER: No.

21.  Do you now suffer or have you ever suffered from any of the following diseases or afflictions: high blood pressure, heart disease, tuberculosis, emphysema, nervous breakdown, psychiatric, mental or emotional disorder, cancer, kidney disease, epilepsy, arthritis or other joint disease, loss of sight or hearing, alcoholism, drug addition, amyotrophic lateral sclerosis (Lou Gehrig's disease), or any other physical or mental condition which resulted in any temporary or permanent impairment or disability and, if so, please provide complete details, including the dates and by whom you were treated.

ANSWER: I have suffered from anxiety in the past, however, take no medications for it at present.   Dr. Uddin at Fort Knox, Kentucky, treated the condition.

22.  Prior to the date of your answers to these interrogatories, please state whether

10

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

you have ever been involved in any incidents which have resulted in injury to you, either on or off the job, other than the subject mater of this lawsuit, and for each such incident, please specify the approximate date, a description of the injuries which you sustained, and a brief description of how the incident occurred.

ANSWER: I was involved in a motor vehicle collision in 2015, injuring my right knee for which I underwent right knee ACL surgery by Dr. Michael Krueger.

23.  Have you ever applied for or received payments or benefits from Medicare at any time or do you have reason to expect that you may become a Medicare recipient in the next 30 months?  If your answer is in the affirmative, please provide the following:

a.  Your full name as it appears on your Social Security card and Medicare Health Insurance account;

b.  Your Medicare Claim Number/Health Insurance Claim Number ("HICN") (if applicable);

c.  When Medicare was first notified of this pending lawsuit;

d.  How Medicare was first notified of this pending lawsuit;

e.  The information provided to Medicare in the notification;

f.  The  Medicare  Coordination  of  Benefits  Contractor  ("COBC") representative; and

11

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

g. The Medicare Secondary Payer Recovery Contractor ("MSPRC")
representative who is handling Plaintiff's claim relating to the above-
captioned litigation.

ANSWER: No.

24. If you have ever become eligible for, applied for, or received any Medicare
and/or Social Security Disability benefits or coverage at any time, please identify
the following:

a. Date of eligibility for benefits;

b. Date of application for benefits;

c. Date of approval for benefits and the current amount of benefit or type of
coverage that you receive; and

d. Date of denial of benefits and the reason given for the denial.

ANSWER: No.

25. Are there any current or potential Medicare liens or claims relating to treatment
of any physical or mental injury which you allege to have been proximately
caused by the events which are the subject of this lawsuit?   If so, for each such
lien or claim pleas identify:

a. When you received notice of such lien or claim;

b. The amount(s) claimed;

c. All actions taken by you or your representative in response to the lien or

12

Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

claim; and

   d. The individual and/or entity having/asserting such lien or claim.

ANSWER: My medical expenses related to treatment of my right ankle were paid by my health insurance WellCare. WellCare is being notified of this civil litigation and it is anticipated that WellCare will assert a lien for medical payments it has made.

26. Have you been denied Social Security Disability Benefits but you anticipate appealing that decision, or are you in the process of appealing and/or re-filing for Social Security Disability Benefits?

ANSWER: No.

27. Identify all social media accounts (Facebook, MySpace, Instagram, Twitter, etc.) maintained by you at any time from April 2012 to the present and for each, provide the date they were opened and the name on the account.

ANSWER: Objection. The Defendant has not met the threshold requirements of any of the Plaintiff's Facebook or social media accounts. Further, said request is overly broad in asking the Plaintiff to download her social media accounts and provide it to the Defendant. This is the same as asking for the Plaintiff's password which has been deemed overly broad, tantamount to a fishing expedition, and beyond the scope of discovery in the following cases: Potts v. Dollar Tree Stores, Inc., 2013 U.S. Dist. LEXIS 38795 (M.D. Tenn. Mar. 20, 2013);

13

Filed 18-CI-01905 03/01/2019 Loretta Crady, Hardin Circuit Clerk

Tompkins v. Detroit Metro Airport, 278 FRD 387 2010 U.S. Dist. LEXIS 5479 (E.D. Mich. 2012), David's v. Novartis Pharmaceuticals, Corp., Eastern Dist. of NY, Case 2:06CV00431; also see unpublished opinion of Kentucky Supreme Court, Handle v. Commonwealth of Kentucky, 2013 W.L. 6729962 (Ky. Sup. Ct. 2013).

28. Please confirm that you have read the information and instructions below and complied with the following for downloading information from your Facebook account(s).

*Downloading information from Facebook:*

1. *Log into account (you may need to enter your password at various points throughout this process).*
2. *Click on drip-down arrow in the upper right-hand corner, and then click on "Account Settings."*
3. *Scroll down and click on "Download a copy of your Facebook data."*
4. *Click on the "Start my Archive" button.*
5. *A box will then appear in the middle of the screen titled "Start my Archive." Click on that button.*
6. *Your will then be told to wait while your archive is prepared. Facebook will send you an email confirming when your download is ready, and you can just click on the link in the body of the email message sent by Facebook (if you do not get an email, just log onto Facebook after approximately thirty minutes and follow steps one through three).*
7. *You will see that your archive is ready to download. Click the download button, which may prompt you to re-enter your password, and click "continue."*
8. *Click on the "Download Archive" button.*
9. *A box will appear asking you to download a .zip file. Click "Save."*
10. *A pop-up window will then appear asking you for a path where you would like to save the file. Pick a location where the .zip file is easily able to be found (e.g. My Documents folder).*
11. *Send an email to your attorney attaching the .zip file saved in Step 10 so that he can produce the file.*

Filed 18-CI-01905 03/01/2019 Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

ANSWER:   See Objection to Interrogatory No. 27.   Same Objection to this Interrogatory.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to CR 34, you are requested to produce and/or permit inspection and copying of the following within thirty (30) days of the date of service hereof:

1.  All medical records relating to injuries described above;

RESPONSE: See attached.

a.  Dr. Michael Krueger;

b.  Hardin Memorial Hospital;

c.  Hardin Memorial Hospital Rehab.

2.  All photographs diagrams, drawings, documents, treatises, publications, manuals or other tangible evidence identified in your answers to the foregoing interrogatories;

RESPONSE: None.

3.  Your federal and state income tax returns for the preceding five (5) years;

RESPONSE: This response will be supplemented.

4.  All documents supporting the damages claimed herein;

RESPONSE: See all medical records attached hereto and medical bills (to be supplemented).

5.  All photographs, videotapes or other visual representations of your physical

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

condition subsequent to this incident which you may use at trial;

RESPONSE: Objection. ⟨No⟩ It has not been determined what such items, if any, will be used at trial.

6.   All insurance policies in the possession of you, your agents, representatives or anyone hired on your behalf and under which you received any compensation as a result of the subject incident;

RESPONSE: None.

7.   A curriculum vitae for each person you intended to call as an expert witness at trial;

RESPONSE: A CV will be provided for any expert witness the Plaintiff identifies to testify at trial.

8.   All reports or documents received by you or your representatives which relate in any way to this incident, including reports of medical experts, engineering experts, economic experts, government agencies, investigators or insurance companies;

RESPONSE:   If reports or documents are received by any expert witness retained by the Plaintiff same will be provided and this request supplemented.

9.   All documents evidencing your most recent employment, including information relating to wages, benefits and dates of employment;

RESPONSE: This information will be provided and this request supplemented.

10.  All other exhibits which may be introduced by you at the trial herein; and

16

Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

RESPONSE:   Objection.  This invades the attorney work product. Any and all exhibits will be identified in accordance with the Court's pretrial orders.

11.  Any and all SAM's documents or tangible things pursuant to CR 34.01 received from any source, in the possession of or under the control of you or your representative, which you claim have been generated by SAM;s or any agent, servant or representative thereof, and/or certain admissions against any defendant hereto.

RESPONSE:   The Defendant generated an incident report; however, Plaintiff was not provided a copy.

12.  Please produce a copy of your Social Security Card.

RESPONSE:   Plaintiff will provide the Defendant her Social Security number by separate document or by phone.

13.  Please provide a copy of the front and back of your Medicare Health Insurance card.

RESPONSE: None.

14.  Please execute and return the Medicare Consent to Release form that accompanies these requests.

RESPONSE:   Objection.  Plaintiff is not a Medicare beneficiary.

15.  Defendant requests, pursuant to Rule 34 of the Rules of Civil Procedure, that Plaintiff execute and return to Defendant authorizations to (1) permit the

17

Filed          18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk

inspection and copying of medical records which are within the control of the

Plaintiff but are in the custody of another, and (2) permit this Defendant to obtain

other employment, federal tax returns, social security, workers compensation, and

school records in the custody of non-parties (see attached forms).

Pursuant to 45 CFR §164 ("HIPAA"), by signing this medical information release,

the Plaintiff is hereby put on notice that medical records will be requested of each

medical provider disclosed during the course of this litigation.    Information

contained in Plaintiff's medical records shall be disclosed only to the parties,

counsel of record in this action or only to individuals employed by or assisting

counsel in preparation for, or at the trial of this action.

RESPONSE:   Objection.          See Geary v. Schroering, 979 S.W. 2d 134.

16. If applicable, please produce any documents provided by you to, or received by

you from, any governmental agency or contractor, including the Social Security

Administration, the Centers for Medicare & Medicaid Services ("CMS"), the

MSPRC, or the COBC that relate to your Medicare coverage and/or Social

Security Disability benefits.

RESPONSE: None.

17. All video tapes, audio tapes, or photographs of any portion of Sam's Club's

property, store, parking lot, or concerning any Sam's Club agent, servant,

employee, associate or representative, past or present.

18

Filed         18-CI-01905    03/01/2019         Loretta Crady, Hardin Circuit Clerk

RESPONSE: See attached.

18. Produce all data downloaded from your Facebook account(s) using the instructions referenced in Interrogatory No. 28 including, but not limited to, all postings, profile information, wall posts, photos, videos, notes, information concerning events to which you have RSVP's, messages sent and received, and comments made by any person relating to wall posts, photos videos, or any other content.

RESPONSE: Objection.

19. Produce all information and data from any other social media account identified in Answer to Interrogatory No. 27.

RESPONSE:   Objection.

DANNY E. DARNALL
911 North Mulberry Street
Elizabethtown, KY 42701
Phone:  270-769-9179
Fax:     270-769-6473
Email:  ded@darnalllaw.com
Counsel for Plaintiff, Carolyn Despain

Filed         18-CI-01905    03/01/2019         Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

*Caroline*

I, ~~CAROLYN~~ DESPAIN, state that I am the Plaintiff in the foregoing action, and

that I have read all the statements contained herein and state that they are true and accurate

to the best of my knowledge and belief.

~~CAROLYN~~ DESPAIN, Plaintiff

STATE OF KENTUCKY

COUNTY OF HARDIN

I, a Notary Public in and for the State and County aforesaid, do hereby certify that

the foregoing Plaintiff's Response to Defendant's First Set of Interrogatories and Requests

for Production was this day produced before me in the said State and County and was

signed, acknowledged, and delivered by CAROLYN DESPAIN to be her free act and deed.

Witness my hand this 1⁵ᵗ day of *March*, 20*19*.

My Commission Expires: *8-30-2019*

Notary Public, KY State at Large

20

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905      03/01/2019          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed this ___1st day of
_March___, 2019, to:

Hon. Jennifer Kincaid Adams
BLACKBURN DOMENE & BURCHETT
614 W. Main Street, #3000
Louisville, KY  40202
Counsel for Defendant

DANNY E. DARNALL

21

Filed          18-CI-01905      03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

# INTERROGATORY NO. 10 AND REQUEST NO. 4

Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

## MEDICAL BILL ITEMIZATION
## CAROLINE DESPAIN V. SAM'S CLUB EAST, INC.

### HARDIN MEMORIAL HOSPITAL

| | | |
|---|---|---|
| 12-16-17 | Medical Treatment | $767.36 |
| 03-26-18 | Medical Treatment | 17,692.48 |
| 08-31-18 | Medical Treatment | 10,014.78 |
| | | **$28,474.62** |

### HARDIN MEMORIAL HOSPITAL REHAB

| | | |
|---|---|---|
| 02-07-18 Through 02-20-18 | Physical Therapy | $382.00 |
| 05-23-18 Through 05-30-18 | Physical Therapy | 318.00 |
| 06-04-18 Through 06-29-18 | Physical Therapy | 991.00 |
| 07-03-18 Through 07-16-18 | Physical Therapy | 460.00 |
| 08-15-18 Through 09-27-18 | Physical Therapy | 511.00 |
| | | **$2,662.00** |

TOTAL:                                    **$31,136.62**

1

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

# HARDIN MEMORIAL
# HOSPITAL

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

270 706 5019                                    10:04:42 a.m.    02-06-2019        4/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289                                                         1
ELIZABETHTOWN, KY 42702-2289
                                                                  FINAL


ESPAIN,CAROLINE ANTOINETTE              V00005877626 12/16/17 12/17/17 12/21/17

        DESPAIN,CAROLINE ANTOINETTE    WELLCARE HEALTH PLANS ▓▓▓▓▓
        1368 WHITE  CITY RD
        HODGENVILLE  KY   42748


            ***  320 RADIOLOGY DIAG GENERAL ***
.2/16/17  26090   ANKLE >OR= 3V RT                      1      168.00
.2/16/17  26110   FOOT >OR= 3V RT                       1      168.00
                                                            ---------
                                                              336.00

            ***  450 EMERGENCY ROOM GENERAL ***
.2/16/17  44050   ER CLASS III                          1      310.00
.2/16/17  44023   THERAPEUTIC INJ IM OR SUBQ            1       90.00
                                                            ---------
                                                              400.00

            ***  636 DRUG SPEC ID DETAIL CODING ***
12/17/17  85055   KETOROLAC 60MG/2ML VIAL; KETOROLAC 60 1       28.50
                  MG/2 ML VIAL
                                                            ---------
                                                               28.50

            ***  637 SELF-ADMINISTRABLE DRUGS ***
12/17/17  80371   HYDROCODONE/APAP 5/325MG TAB;         1        2.86
                  Hydrocodone/APAP 5/325 MG TAB
                                                            ---------
                                                                2.86

            ***  RECEIPTS, ADJUSTMENTS, ETC. ***
01/02/18  AWELLCARE ADJ WELLCARE HEALTH PLANS, INC; MCD 1     -597.36
                    ADJ
01/02/18  PWELLCARE PAY WELLCARE HEALTH PLANS, INC; MCD 1     -170.00
                    RCP
                                                            ---------
                                                             -767.36


                        V00005877626
                                                              767.36
                                                             -767.36
                                                                0.00
                                                                0.00

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905          03/01/2019          Loretta Crady, Hardin Circuit Clerk

| 1 HARDIN MEMORIAL HOSPITAL | 2 HARDIN MEMORIAL HOSPITAL | 3a PAT CNTL # VBQ72581 | | | | | 4 TYPE OF BILL 0131 |
|---|---|---|---|---|---|---|---|
| 813 N DIXIE AVE | P.O. BOX 2289 | b MED REC # M000656742 | | | | | |
| ELIZABETHTOWN   KY 427012748 | ELIZABETHTOWN   KY 427022289 | 5 FED TAX NO. | | | 6 STATEMENT COVERS PERIOD FROM 032618 THROUGH 032618 | | 7 OSEC |
| 2707061565 | 2707061270 | | | | | | |

| 8 PATIENT NAME a | | 9 PATIENT ADDRESS a 1360 WHITE CITY RD | | | | |
|---|---|---|---|---|---|---|
| b DESPAIN TTE, CAROLINE A. | | b HODGENVILLE | | c KY | d 42748 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | | 08 | 3 | 1 | | 01 | | | | | | | | | | | | | V00005986487 |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| DESPAIN,CAROLINE ANTOINETTE | a | | |
| 1360 WHITE CITY RD | b | | |
| HODGENVILLE KY | c | | |
| 42748 | d | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0250 | N463323041536ML2.5 | | 032618 | 3 | 64.33 | | |
| 2 0250 | N463323015001ML1 | | 032618 | 1 | 23.64 | | |
| 3 0250 | N450580944905UN2 | | 032618 | 2 | 4.50 | | |
| 4 0250 | N400143969225ML3 | | 032618 | 3 | 153.75 | | |
| 5 0250 | N400405055262UN1 | | 032618 | 1 | 2.74 | | |
| 6 0250 | N442023011410ML0.5 | | 032618 | 1 | 21.32 | | |
| 7 0250 | N467457022805ML5 | | 032618 | 1 | 30.00 | | |
| 8 0272 | MED/SRG STERILE SUPPLY | C1713 | 032618 | 1 | 2388.75 | | |
| 9 0278 | MED/SRG SUPP OTHER IMP | | 032618 | 2 | 2275.00 | | |
| 10 0278 | MED/SRG SUPP OTHER IMP | C1713 | 032618 | 1 | 1397.00 | | |
| 11 0360 | OR SVCS GENERAL | Z7698 RT | 032618 | 1 | 8451.00 | | |
| 12 0370 | ANESTHESIA | | 032618 | 6 | 1381.04 | | |
| 13 0636 | N400338011704ML1000 | J7120 | 032618 | 1 | 37.71 | | |
| 14 0636 | N400409476500ML2 | J2405 | 032618 | 1 | 23.40 | | |
| 15 0636 | N476329333001ML10 | J2001 | 032618 | 20 | 51.60 | | |
| 16 0636 | N400409230517ML2 | J2250 | 032618 | 2 | 21.78 | | |
| 17 0636 | N417478003025ML8 | J3010 | 032618 | 4 | 91.68 | | |
| 18 0636 | N463323026929ML20 | J2704 | 032618 | 20 | 29.20 | | |
| 19 0710 | RECOVERY SVCS GENERAL | | 032618 | 1 | 1255.04 | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 0001 | PAGE 001 OF 001 | | CREATION DATE 033018 | TOTALS | 17692.48 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI 1619931466 |
|---|---|---|---|---|---|---|
| A WELLCARE MCD | | Y | Y | | | 57 OTHER 01009844 |
| B | | | | | | PRV ID |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A DESPAIN,CAROLINE A. | 18 | 0042908071 | | 999999 |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A 124269542 | | SELF EMPLOYED |
| B | | |
| C | | |

| 66 DX | M25371 | F419 | F17290 | Z79899 | | | | | | | | a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | |

| 69 ADMIT DX | | 70 PATIENT REASON DX M25371 | | | | 71 PPS CODE | | 72 ECI | | | a | | 73 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1235395153 QUAL 1G OTH000 |
|---|---|---|---|---|
| | | | | LAST KRUEGER   FIRST MIC |
| b OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI 1235395153 QUAL 1G OTH000 |
| | | | | LAST KRUEGER   FIRST MIC |
| 80 REMARKS WELLCARE MCD | 81CC a B3 28ZND0000DX | | | 78 OTHER NPI QUAL |
| | b | | | LAST   FIRST |
| | c | | | 79 OTHER NPI 1114900016 QUAL 1D H88215 |
| | d | | | LAST UDDIN   FIRST FAIZ |

UB-04 CMS-1450          APPROVED OMB NO.          NUBC          LIC9213267          THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Filed          18-CI-01905          03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed       18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk

270 706 5019                                10:05:07 a.m.   02-06-2019        5/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289                                                          1
ELIZABETHTOWN, KY 42702-2289
                                                                    FINAL


DESPAIN,CAROLINE ANTOINETTE        V00005986487 03/26/18        03/29/18

        DESPAIN,CAROLINE ANTOINETTE    WELLCARE HEALTH PLANS ███
        1368 WHITE  CITY RD
        HODGENVILLE  KY   42748


| Date | Code | Description | Qty | Amount |
|---|---|---|---|---|
| | | *** 250 PHARMACY GENERAL *** | | |
| 03/26/18 | 85281 | GLYCOPYRROLATE 0.2MG/1ML VIAL; GLYCOPYRROLATE 0.2 MG/ML VIAL | 1 | 51.25 |
| 03/26/18 | 81669 | KETAMINE 50MG/ML - PER ML; KETAMINE 500 MG/10 ML - PER ML | 1 | 21.32 |
| 03/26/18 | 85287 | ROCURONIUM 50 MG VIAL; ROCURONIUM 50 MG/5 ML VIAL | 1 | 30.00 |
| 03/26/18 | 85281 | GLYCOPYRROLATE 0.2MG/1ML VIAL; GLYCOPYRROLATE 0.2 MG/ML VIAL | 2 | 102.50 |
| | | | | 205.07 |
| | | *** 272 M/S SUPPLY STERILE SUPPLY *** | | |
| 03/26/18 | 502448 | INTERBRACE LIGAMENT AUG KIT | 1 | 2388.75 |
| | | | | 2388.75 |
| | | *** 278 M/S OTHER IMPLANTS *** | | |
| 03/26/18 | 440332 | SWIVELOCK BIOCOMPOSITE C | 1 | 1397.00 |
| 03/26/18 | 502574 | SUTURE ANCHOR MINIBIOCOMPOSITE | 2 | 2275.00 |
| | | | | 3672.00 |
| | | *** 360 OR SVCS GENERAL *** | | |
| 03/26/18 | 40001 | OSEC-EACH ADDITIONAL 1/4 HR | 4 | 3720.00 |
| 03/26/18 | 40006 | OSEC-LEVEL III-INITIAL 30 MIN | 1 | 4741.00 |
| | | | | 8461.00 |
| | | *** 370 ANESTHESIA GENERAL *** | | |
| 03/26/18 | 50104 | GENERAL PER 15 MINUTES | 6 | 1361.04 |
| | | | | 1361.04 |
| | | *** 636 DRUG SPEC ID DETAIL CODING *** | | |
| 03/26/18 | 83483 | LR 1000ML IV SOLN; LACT RINGERS 1000 ML | 1 | 37.71 |
| 03/26/18 | 84166 | MIDAZOLAM 2MG/2ML VIAL; MIDAZOLAM INJ 2 MG/2 ML VIAL | 1 | 21.78 |
| 03/26/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 MCG/2 ML AMP | 1 | 22.92 |
| 03/26/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 MCG/2 ML AMP | 1 | 22.92 |
| 03/26/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 | 1 | 22.92 |

V00005986487

Filed       18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk

270 706 5019                                    10:05:24 a.m.  02-06-2019      7/13

HARDIN MEMORIAL HOSPITAL                                              2
P.O. BOX 2289
ELIZABETHTOWN, KY 42702-2289                                      FINAL

DESPAIN,CAROLINE ANTOINETTE          V00005986487 03/26/18        03/29/18

    DESPAIN,CAROLINE ANTOINETTE    WELLCARE HEALTH PLANS ███████
    1368 WHITE  CITY RD
    HODGENVILLE  KY  42748

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | MCG/2 ML AMP |  |  |
| 03/26/18 | 84264 | PROPOFOL 200MG/20ML VIAL; PROPOFOL 200 MG/20 ML VIAL | 1 | 28.20 |
| 03/26/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 MCG/2 ML AMP | 1 | 22.92 |
| 03/26/18 | 82065 | NEOSTIGMINE 10MG/10ML VIAL; NEOSTIGMINE 10 MG/10 ML - PER ML | 3 | 64.33 |
| 03/26/18 | 81335 | DEXAMETHASONE 4MG/1 ML VIAL; DEXAMETHASONE 4 MG/ML, 1ML VIAL | 1 | 23.64 |
| 03/26/18 | 84419 | ONDANSETRON 4MG/2 ML VIAL; ONDANSETRON 4 MG/2 ML VIAL | 1 | 23.40 |
| 03/26/18 | 81709 | LIDOCAINE 2% 5ML SYRINGE; LIDOCAINE 2% SYR 5 ML | 2 | 51.60 |

                                                          ----------
                                                           342.34

        *** 637 SELF-ADMINISTRABLE DRUGS ***
03/26/18  82338  ACETAMINOPHEN 500 MG TAB;            2      4.50
                 ACETAMINOPHEN 500 MG TAB
03/26/18  85876  OXYCODONE HCL 5 MG CAP; OXYCODONE IR  1     2.74
                 5 MG TAB
                                                          ----------
                                                             7.24

        *** 710 RECOVERY ROOM GENERAL ***
03/26/18  50000  OSEC-PRE/POST CARE                    1    1255.04
                                                          ----------
                                                           1255.04

        *** RECEIPTS, ADJUSTMENTS, ETC. ***
04/06/18  PWELLCARE  PAY WELLCARE HEALTH PLANS, INC; MCD  1   -4970.62
                     RCP
04/06/18  AWELLCARE  ADJ WELLCARE HEALTH PLANS, INC       1  -12721.86
                                                          ----------
                                                          -17692.48

                        V00005986487

                                                           17692.48
                                                          -17692.48
Filed          18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk    0.00
                                                               0.00

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

270 706 5019                                         10:06:28 a.m.   02-06-2019        12/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289                                                                          1
ELIZABETHTOWN, KY 42702-2289
                                                                                    FINAL


DESPAIN,CAROLINE ANTOINETTE          V00006192674 08/31/18          09/07/18

        DESPAIN,CAROLINE ANTOINETTE     WELLCARE HEALTH PLANS ████
        1360 WHITE CITY RD
        HODGENVILLE  KY  42748


|          |       | ***  250 PHARMACY GENERAL ***                                |   |        |
|----------|-------|---------------------------------------------------------------|---|--------|
| 08/31/18 | 85281 | GLYCOPYRROLATE 0.2MG/1ML VIAL; GLYCOPYRROLATE 0.2 MG/ML VIAL  | 1 |  29.50 |
| 08/31/18 | 87692 | LIDOCAINE 1% BUFFERED 1 ML SYR; LIDOCAINE 1% BUFFERED 1 ML SYR | 1 |  26.50 |
| 08/31/18 | 85287 | ROCURONIUM 50 MG VIAL; ROCURONIUM 50 MG/5 ML VIAL             | 1 |  29.13 |
| 08/31/18 | 87839 | SUGAMMADEX 200MG/2ML VIAL; SUGAMMADEX 200 MG/2 ML VIAL        | 1 | 314.00 |
|          |       |                                                               |   | 399.13 |
|          |       | ***  307 LAB UROLOGY ***                                      |   |        |
| 08/31/18 | 11202 | PREGNANCY QUALITATIVE URINE; PREGP^Pregnancy Test Urine       | 1 |  45.28 |
|          |       |                                                               |   |  45.28 |
|          |       | ***  360 OR SVCS GENERAL ***                                  |   |        |
| 08/31/18 | 40001 | OSEC-EACH ADDITIONAL 1/4 HR                                   | 2 | 1972.00 |
| 08/31/18 | 40006 | OSEC-LEVEL III-INITIAL 30 MIN                                 | 1 | 5025.00 |
|          |       |                                                               |   | 6997.00 |
|          |       | ***  370 ANESTHESIA GENERAL ***                               |   |        |
| 08/31/18 | 50104 | GENERAL PER 15 MINUTES                                        | 4 | 960.00 |
|          |       |                                                               |   | 960.00 |
|          |       | ***  636 DRUG SPEC ID DETAIL CODING ***                       |   |        |
| 08/31/18 | 83483 | LR 1000ML IV SOLN; LACT RINGERS 1000 ML                       | 1 |  37.71 |
| 08/31/18 | 84166 | MIDAZOLAM 2MG/2ML VIAL; MIDAZOLAM 2 MG/2 ML VIAL              | 2 |  22.56 |
| 08/31/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 MCG/2 ML AMP            | 1 |  22.92 |
| 08/31/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 MCG/2 ML AMP            | 1 |  22.92 |
| 08/31/18 | 80245 | FENTANYL 100MCG/2ML AMP; FentaNYL 100 MCG/2 ML AMP            | 1 |  22.92 |
| 08/31/18 | 84264 | PROPOFOL 200MG/20ML VIAL; PROPOFOL 200 MG/20 ML VIAL          | 1 |  28.20 |
| 08/31/18 | 80217 | HYDROMORPHONE 2 MG/1 ML VIAL;                                 | 1 |  22.06 |

                                                    V00006192674

Filed        18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk

270 706 5019                                    10:06:44 a.m.   02-06-2019        13/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289                                                          2
ELIZABETHTOWN, KY 42702-2289
                                                                    FINAL


DESPAIN,CAROLINE ANTOINETTE          V00006192674 08/31/18          09/07/18

        DESPAIN,CAROLINE ANTOINETTE     WELLCARE HEALTH PLANS
        1360 WHITE CITY RD
        HODGENVILLE  KY  42748


|  |  | | | |
|---|---|---|---|---|
| | | HYDROmorphone 2 MG VIAL | | |
| 08/31/18 | 84401 | KETOROLAC 30MG/1ML VIAL; KETOROLAC 30 MG/ML VIAL | 1 | 27.00 |
| 08/31/18 | 81335 | DEXAMETHASONE 4MG/1 ML VIAL; DEXAMETHASONE 4 MG/ML, 1ML VIAL | 2 | 23.96 |
| 08/31/18 | 84419 | ONDANSETRON 4MG/2 ML VIAL; ONDANSETRON 4 MG/2 ML VIAL | 1 | 23.40 |
| 08/31/18 | 81709 | LIDOCAINE 2% 5ML SYRINGE; LIDOCAINE 2% SYR 5 ML | 1 | 22.48 |
| | | | | 276.13 |
| | *** | 637 SELF-ADMINISTRABLE DRUGS *** | | |
| 08/31/18 | 82338 | ACETAMINOPHEN 500 MG TAB; ACETAMINOPHEN 500 MG TAB | 2 | 4.50 |
| 08/31/18 | 85876 | OXYCODONE HCL 5 MG CAP; OXYCODONE IR 5 MG TAB | 1 | 2.74 |
| | | | | 7.24 |
| | *** | 710 RECOVERY ROOM GENERAL *** | | |
| 08/31/18 | 50000 | OSEC-PRE/POST CARE | 1 | 1330.00 |
| | | | | 1330.00 |
| | *** | RECEIPTS, ADJUSTMENTS, ETC. *** | | |
| 09/14/18 | AWELLCARE | ADJ WELLCARE HEALTH PLANS, INC; MCD ADJ | 1 | -7519.39 |
| 09/14/18 | PWELLCARE | PAY WELLCARE HEALTH PLANS, INC; MCD RCP | 1 | -2495.39 |
| | | | | -10014.78 |

                            V00006192674

                                                    10014.78
                                                   -10014.78
                                                        0.00
                                                        0.00

Filed        18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk



Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

# HARDIN MEMORIAL
# HOSPITAL REHAB

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

270 706 5019                                    10:04:54 a.m.   02-06-2019        5/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289
ELIZABETHTOWN, KY 42702-2289

**1**

INTERIM

)ESPAIN,CAROLINE ANTOINETTE          V00005930474 02/07/18 03/30/18 03/06/18

          DESPAIN,CAROLINE ANTOINETTE     WELLCARE HEALTH PLANS ███
          1368 WHITE  CITY RD
          HODGENVILLE  KY    42748

| Date | Code | Description | Qty | Amount |
|------|------|-------------|-----|--------|
| | *** | 420 PHYSICAL THERAPY GENERAL *** | | |
| )2/20/18 | 40096 | THERAPEUTIC EXERCISE, EA 15MIN | 1 | 64.00 |
| )2/20/18 | 40096 | THERAPEUTIC EXERCISE, EA 15MIN | 1 | 64.00 |
| )2/22/18 | 40096 | THERAPEUTIC EXERCISE, EA 15MIN | 1 | 64.00 |
| | | | | 192.00 |
| | *** | 424 PHYSICAL THERAPY EVALUATE *** | | |
| )2/07/18 | 40080 | PT EVAL-LOW COMPLEXITY | 1 | 190.00 |
| | | | | 190.00 |
| | *** | RECEIPTS, ADJUSTMENTS, ETC. *** | | |
| )4/03/18 | AWELLCARE | ADJ WELLCARE HEALTH PLANS, INC; MCD ADJ | 1 | -133.25 |
| )4/03/18 | PWELLCARE | PAY WELLCARE HEALTH PLANS, INC; MCD RCP | 1 | -58.75 |
| 04/05/18 | DAUTHWCARE | DENIAL NO AUTH; DEN NO AUTH UNDER 199 RULE | 1 | -49.40 |
| 04/05/18 | AWELLCARE | ADJ WELLCARE HEALTH PLANS, INC; REG WELLCARE ADJ | 1 | -140.60 |
| | | | | -382.00 |

V00005930474

382.00
-382.00
0.00
0.00

Filed          18-CI-01905   03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

270 706 5019                                          10:05:38 a.m.   02-06-2019        8/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289                                                          1
ELIZABETHTOWN, KY 42702-2289
                                                                      INTERIM


DESPAIN,CAROLINE ANTOINETTE            V00006053314 05/23/18 09/26/18 06/06/18

        DESPAIN,CAROLINE ANTOINETTE      WELLCARE HEALTH PLANS ▇▇▇▇
        1368 WHITE  CITY RD
        HODGENVILLE  KY  42748


              ***   420 PHYSICAL THERAPY GENERAL ***
05/30/18   40096     THERAPEUTIC EXERCISE, EA 15MIN            1         64.00
05/30/18   40096     THERAPEUTIC EXERCISE, EA 15MIN            1         64.00
                                                                      ---------
                                                                       128.00

              ***   424 PHYSICAL THERAPY EVALUATE ***
05/23/18   40080     PT EVAL-LOW COMPLEXITY                   1        190.00
                                                                      ---------
                                                                       190.00

              ***   RECEIPTS, ADJUSTMENTS, ETC. ***
06/15/18   AWELLCARE  ADJ WELLCARE HEALTH PLANS, INC; MCD     1       -238.50
                      ADJ
06/15/18   PWELLCARE  PAY WELLCARE HEALTH PLANS, INC; MCD     1        -79.50
                      RCP
                                                                      ---------
                                                                      -318.00


                              V00006053314
                                                                      318.00
                                                                     -318.00
                                                                        0.00
                                                                        0.00

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed        18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk

270 706 5019                                    10:05:48 a.m.   02-06-2019        9/13

HARDIN MEMORIAL HOSPITAL
P.O. BOX 2289                                                                    **1**
ELIZABETHTOWN, KY 42702-2289
                                                                        INTERIM


DESPAIN,CAROLINE ANTOINETTE            V00006053314 05/23/18 09/26/18 07/06/18

    DESPAIN,CAROLINE ANTOINETTE      WELLCARE HEALTH PLANS ▬▬▬▬
    1368 WHITE   CITY RD
    HODGENVILLE  KY  42748


            ***   420 PHYSICAL THERAPY GENERAL ***
06/04/18   40096    THERAPEUTIC EXERCISE, EA 15MIN          1        64.00
06/04/18   40477    MANUAL THERAPY EA 15 MIN               1        85.00
06/04/18   40061    APPLICATION HOT OR COLD PACK           1        10.00
06/04/18   40094    ELECT STIM - UNATT                     1        68.00
06/13/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/13/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/13/18   40094    ELECT STIM - UNATT                     1        68.00
06/15/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/15/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/20/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/20/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/20/18   40477    MANUAL THERAPY EA 15 MIN               1        85.00
06/29/18   40096    THERAPEUTIC EXERCISE, EA 15MIN         1        64.00
06/29/18   40477    MANUAL THERAPY EA 15 MIN               1        85.00
06/29/18   40061    APPLICATION HOT OR COLD PACK           1        10.00
06/29/18   40094    ELECT STIM - UNATT                     1        68.00
                                                                 ----------
                                                                   991.00

            ***   RECEIPTS, ADJUSTMENTS, ETC. ***
07/16/18   AWELLCARE  ADJ WELLCARE HEALTH PLANS, INC; MCD   1      -743.25
                      ADJ
07/16/18   PWELLCARE  PAY WELLCARE HEALTH PLANS, INC; MCD   1      -247.75
                      RCP
                                                                 ----------
                                                                  -991.00




                        V00006053314
                                                                   991.00
                                                                  -991.00
                                                                     0.00
                                                                     0.00

Filed        18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

270 706 5019                                      10:06:03 a.m.   02-06-2019        10/13

HARDIN MEMORIAL HOSPITAL                                              1
P.O. BOX 2289
ELIZABETHTOWN, KY 42702-2289                                      INTERIM

DESPAIN,CAROLINE ANTOINETTE              V00006053314 05/23/18 09/26/18 08/06/18

        DESPAIN,CAROLINE ANTOINETTE    WELLCARE HEALTH PLANS 14660800
        1368 WHITE  CITY RD
        HODGENVILLE  KY   42748

        ***   420 PHYSICAL THERAPY GENERAL ***
07/03/18   40096    THERAPEUTIC EXERCISE, EA 15MIN          1      61.00
07/03/18   40096    THERAPEUTIC EXERCISE, EA 15MIN          1      61.00
07/03/18   40094    ELECT STIM - UNATT                      1      74.00
07/11/18   40096    THERAPEUTIC EXERCISE, EA 15MIN          1      61.00
07/11/18   40477    MANUAL THERAPY EA 15 MIN                1      81.00
07/16/18   40096    THERAPEUTIC EXERCISE, EA 15MIN          1      61.00
07/16/18   40096    THERAPEUTIC EXERCISE, EA 15MIN          1      61.00
                                                               ----------
                                                                  460.00

        ***   RECEIPTS, ADJUSTMENTS, ETC. ***
08/15/18   AWELLCARE   ADJ WELLCARE HEALTH PLANS, INC; MCD  1    -345.00
                       ADJ
08/15/18   PWELLCARE   PAY WELLCARE HEALTH PLANS, INC; MCD  1    -115.00
                       RCP
                                                               ----------
                                                                 -460.00

                          V00006053314
                                                               460.00
                                                              -460.00
                                                                 0.00
                                                                 0.00

Filed          18-CI-01905    03/01/2019          Loretta Crady, Hardin Circuit Clerk

Filed        18-CI-01905   03/01/2019        Loretta Crady, Hardin Circuit Clerk

270 706 5019                                    10:06:15 a.m.   02-06-2019      11 /13

HARDIN MEMORIAL HOSPITAL                                              1
P.O. BOX 2289
ELIZABETHTOWN, KY 42702-2289                                    INTERIM

DESPAIN,CAROLINE ANTOINETTE        V00006053314 05/23/18 09/26/18 09/06/18

        DESPAIN,CAROLINE ANTOINETTE    WELLCARE HEALTH PLANS ▓
        1368 WHITE  CITY RD
        HODGENVILLE  KY  42748

            ***  420 PHYSICAL THERAPY GENERAL ***
08/15/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
08/15/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
08/22/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
08/22/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
08/24/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
08/24/18  40061    APPLICATION HOT OR COLD PACK        1    10.00
08/24/18  40094    ELECT STIM - UNATT                  1    74.00
08/27/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
08/27/18  40096    THERAPEUTIC EXERCISE, EA 15MIN      1    61.00
                                                      --------
                                                        511.00

            ***  RECEIPTS, ADJUSTMENTS, ETC. ***
09/14/18  AWELLCARE  ADJ WELLCARE HEALTH PLANS, INC; MCD  1  -383.25
                     ADJ
09/14/18  PWELLCARE  PAY WELLCARE HEALTH PLANS, INC; MCD  1  -127.75
                     RCP
                                                      --------
                                                       -511.00

                    V00006053314

                                                  511.00
                                                 -511.00
                                                    0.00
                                                    0.00

Filed        18-CI-01905    03/01/2019        Loretta Crady, Hardin Circuit Clerk



Filed          18-CI-01905     03/01/2019          Loretta Crady, Hardin Circuit Clerk

# REQUEST NO. 17

